IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVELL DEANDRE SMART, | No. CIV S-08-0739-WBS-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| ANTHONY HEDGPETH, et al., | |
|     Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner has requested the appointment of counsel (Doc. 3). There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

/ / /

1       Petitioner has also filed a second application for leave to proceed in forma pauperis (Doc. 9). Because petitioner has already been granted in forma pauperis status (see Doc. 6), the current request will be denied as unnecessary.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Petitioner's request for appointment of counsel (Doc. 3) is denied without prejudice to renewal, at the earliest, after respondents have filed an answer to the petition; and

      2.    Petitioner's second application for leave to proceed in forma pauperis (Doc. 9) is denied as unnecessary.

DATED: April 21, 2008

                                                                 */s/ Craig M. Kellison*
                                                             **CRAIG M. KELLISON**
                                                             UNITED STATES MAGISTRATE JUDGE