IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARVELL DEANDRE SMART,** | CIV S-08-0739-WBS-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY HEDGPETH, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including July 14, 2008, to file a response to Petitioner's petition for writ of habeas corpus.

DATED: June 13, 2008

                                       *Craig M. Kellison*
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE

Respondent's Request for an Enlargement of Time