IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARVELL DEANDRE SMART,   No. CIV S-08-0739-WBS-CMK-P

    Petitioner,

  vs.   ORDER

ANTHONY HEDGPETH, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are: (1) respondents' motion for an extension of time (Doc. 18); (2) petitioner's motion for an extension of time (Doc. 17); and (3) petitioner's motion for appointment of counsel (Doc. 12).

    As to petitioner's request for counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. The request will be denied without prejudice to

renewal, at the earliest, after an answer to the petitioner has been filed.

Turning to the parties' requests for extensions of time, respondents seek an additional extension of time to July 14, 2008, to file a response to the petition, and petitioner seeks permission to file his traverse (or opposition, should respondents file a motion to dismiss) within 60 days after service of respondents' answer/motion. Good cause appearing therefor, both requests will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel (Doc. 12) is denied without prejudice to renewal, at the earliest, after respondents have filed an answer to the petition; and

2. Respondents' request for an extension of time (Doc. 18) is granted;

3. Petitioner's request for an extension of time (Doc. 17) is granted;

4. Respondents shall file a response to petitioner's petition by July 14, 2008; and

5. Petitioner's traverse (if respondents file an answer) or opposition (if respondents file a motion to dismiss) is due within 60 days after service of respondents' answer/motion.

DATED: June 17, 2008

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE