1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JARVELL DEANDRE SMART,            No. CIV S-08-0739-WBS-CMK-P

12            Petitioner,

13      vs.                           <u>ORDER</u>

14   ANTHONY HEDGPETH, et al.,

15            Respondents.

16   _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for

19   an extension of time (Doc. 27) to file a traverse.  Good cause appearing therefor, the request is

20   granted.  Petitioner may file a traverse within 30 days of the date of this order.

21          IT IS SO ORDERED.

22    DATED:  August 27, 2008

23                                   _____

24                                   **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE

25

26