IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVELL DEANDRE SMART, | No. CIV S-08-0739-WBS-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ANTHONY HEDGPETH, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 29) to file a traverse. Good cause appearing therefor, the request is granted. Petitioner may file a traverse within 45 days of the date of this order.

IT IS SO ORDERED.

DATED: September 23, 2008

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1