IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVELL DEANDRE SMART, | No. CIV S-08-0739-WBS-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ANTHONY HEDGPETH, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 34) to file objections to the court's January 12, 2009, findings and recommendations.[1]  Good cause appearing therefore, the motion will be granted.  The parties may file objections by February 23, 2009.

/ / /

/ / /

---

[1] The findings and recommendations issued on January 5, 2009, are identical except for missing text on page 10, line 8. The January 5, 2009, findings and recommendations will be vacated.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. 34) is granted;

2. The parties may file objections to the January 12, 2009, findings and recommendations by February 23, 2009; and

3. The findings and recommendations issued on January 5, 2009, are vacated.

DATED: January 20, 2009

                                                                   **CRAIG M. KELLISON**
                                                                   UNITED STATES MAGISTRATE JUDGE